311 So.2d 435

**Hazel TAYLOR**

v.

**Hoyt MULL.**

**Civ. 539.**

Court of Civil Appeals of Alabama.

April 16, 1975.

J. Milton Coxwell, Jr., Monroeville, for appellant.

Windell C. Owens, Monroeville, for appellee.

WRIGHT, Presiding Judge.

Motion to quash service of summons and complaint was granted by the trial court. Plaintiff appealed.

Appeal does not lie from an order granting a motion to quash service. Lee v. Wright Tool & Forge Company, 291 Ala. 420, 282 So.2d 248; Ex parte: Emerson, 270 Ala. 697, 121 So.2d 914. Appeal must be dismissed ex mero motu.

Appeal dismissed.

BRADLEY and HOLMES, JJ., concur.